IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY V. CONEWAY,

   Petitioner,

     v.

WARDEN LOREN GRAYER AND
HARLEY LAPPIN,
Director of Federal Bureau of Prisons,

   Respondent.

CIVIL ACTION FILE
NO. 1:09-CV-811-TWT

## ORDER

This is a Petition by a federal prisoner for a writ of habeas corpus. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the Petition for failure to exhaust administrative remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is dismissed without prejudice.

SO ORDERED, this 20 day of July, 2009.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge